

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GEORGE L. MORTENSEN, | § | No. 08-19-00080-CV |
| Appellant, | § | Appeal from the |
| v. | § | Probate Court No. 1 |
| DANIEL VILLEGAS AND ELVIA L. RAMIREZ, | § | of El Paso County, Texas |
| | § | |
| Appellees. | § | (TC# 2010-P00681) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. The judgment of the trial court dismissing Appellant's petition, denying Appellant's motion for alternative service, and granting protective orders to Appellees is affirmed. The award of attorney's fees to Appellees is affirmed, but that portion of the trial court's judgment awarding fees in the amount of $4,500 to Appellee Ramirez and $3,375 to Appellee Villegas is reversed and remanded for further proceedings to determine the reasonable amount of fees to be awarded.

We further order that Appellees recover from Appellant and his sureties, if any, for performance of the judgment and all costs, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 1ST DAY OF FEBRUARY, 2021.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.